JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODGER FADNESS, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RELAX THE BACK CORPORATION, a Delaware corporation; and DOES 1 – 10, inclusive,<br><br>　　　　Defendant. | Case No. 8:18-cv-01267-AG-JDE<br>Honorable Andrew J. Guilford<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Complaint filed: July 20, 2018 |

**ORDER GRANTING DISMISSAL OF ENTIRE ACTION**

| | |
|---|---|
| 1 | The Court, having considered the parties' Stipulation for Dismissal Pursuant to |
| 2 | Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby dismisses without |
| 3 | prejudice Plaintiff's Complaint in the above-entitled action.  Each party shall bear its |
| 4 | own costs and attorneys' fees. |
| 5 | |
| 6 | IT IS SO ORDERED. |
| 7 | |
| 8 | Dated: 12/19/2018  By: _____ |
| 9 | The Honorable Andrew J. Guilford<br>United States District Court Judge |